Christopher M. Lee
State Bar No. 24041319
Eric A. Maskell
State Bar No. 24041409
Karla M. Balli
State Bar No. 24035997
Randy Leigh Tipton
State Bar No. 24039860
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
817.265.0123 Phone
817.580.1123 Fax

ATTORNEY FOR DEBTOR(S)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **TOSHA YVETTE MOORE** | § | Case No. 19-20140-BP-13 |
| | § | Chapter 13 |
| **Debtor(s)** | § | |
| | § | |

## MOTION FOR EXTENSION OF TIME TO FILE CHAPTER 13 SCHEDULES, STATEMENT OF AFFAIRS AND CHAPTER 13 PLAN

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW Debtor, **Tosha Yvette Moore** requests an order extending the deadlines to file Chapter 13 Schedules, Statement of Affairs, Chapter 13 Plan, and new case deficiencies pursuant to L.B.R. 1007.1(a) and F.R.B.P 3015 and would show the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §105 and 28 U.S.C. §1334. This matter constitutes a core proceeding pursuant to 28 U.S.C. §157(b).

2. Debtor filed her petition in bankruptcy under Chapter 13 on 9/19/2019.

3. The Chapter 13 Schedules, Statement of Affairs, and Chapter 13 Plan are due on October 3, 2019.

4. The § 341 Creditor Meeting is set for November 6, 2019.

5. Debtor will need an additional fourteen (14) days, until October 17, 2019, to prepare the Schedules, Statement of Affairs, Chapter 13 Plan, and new case deficiencies because of the need to gather information. Debtor's other obligations have resulted in a delay in providing her Attorney information necessary to produce accurate Chapter 13 Schedules, Statement of Affairs, Chapter 13 Plan, and new case deficiencies.

WHEREFORE, PREMISES CONSIDERED, Debtor **Tosha Yvette Moore** respectfully requests the Court to grant an extension of fourteen (14) days, until October 17, 2019, for Debtor to file her Chapter 13 Schedules, Statement of Affairs, Chapter 13 Plan, and new case deficiencies and for such other relief the Court may grant.

Dated: October 1, 2019

Respectfully Submitted,

LEE LAW FIRM, PLLC

By: */s/ Randy Leigh Tipton*
Christopher M. Lee
State Bar No. 24041319
Eric A. Maskell
State Bar No. 24041409
Karla M. Balli
State Bar No. 24035997
Randy Leigh Tipton
State Bar No. 24039860
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
817.265.0123 Phone
817.580.1123 Fax

ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 1, 2019, a true and correct copy of the foregoing was served on all parties in interest below and on the attached mailing matrix.

**DEBTOR(S):**
Tosha Yvette Moore
701 N. Cass St
Jefferson, TX 75657

**STANDING CHAPTER 13 TRUSTEE**:
Lloyd Kraus
Plaza Tower
110 N. College Ave, 12th Fl
Tyler, TX 75702

**U.S. TRUSTEE**
110 N. College Ave, Ste 300
Tyler, TX 75702


/s/ Randy Leigh Tipton
Randy Leigh Tipton
State Bar No.  24039860

ATTORNEY FOR DEBTOR(S)