**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

IN RE: **Moore, Tosha Yvette**　　　　　　　　　　　　　　　　　　CASE NO 19-20140-BTR-13

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **13**


**AMENDED**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date　　10/07/2019　　　Signature _____/s/ Tosha Yvette Moore_____
　　　　　　　　　　　　　　　　　　　　　　　Tosha Yvette Moore, Debtor

Attorney General of Texas
Bankruptcy Section
400 South Zang, Ste 1100
Dallas, TX 75208

Capital One Bank USA
15000 Capital One Dr
Henrico, VA 23238

Carey D Ebert
PO Box 941166
Plano, TX 75094-1166

Commonwealth Financial
245 Main Street
Scranton, PA 18519

Conns Credit Corp
3295 College St
Beaumont, TX 77701

Cresco Capital
57575 190th St
Pacific Junction, IA 51561

Diversified Consultant
10550 Derrwood Park Blvd
Jacksonville, FL 32256

EOS CCA
700 Longwater Drive
Norwell, MA 02061

Fed Loan Serv
PO Box 60610
Harrisburg, PA 17106

Five Star Auto
9525 Crowley Rd
Fort Worth, TX 76134

Freedom Truck Finance, LLC
PO Box 515797
Dallas, TX 75251

Internal Revenue Service
Insolvency
PO Box 21126
Philadelphia, PA 19114

Internal Revenue Service
IRS - SBSE Insolvency Area 10
1100 Commerce St., MC 5026 DAL
Dallas, TX 75242

Jefferson Capital
16 McLeland Rd
Saint Cloud, MN 56303

Lee Law Firm, PLLC
8701 Bedford Euless Rd 510
Hurst, TX 76053

Linebarger Goggan Blair et al
2323 Bryan 1600
Dallas, TX 75201

Merchants Credit
223 W Jackson Blvd 700
Chicago, IL 60606

Navy Federal Credit Union
PO Box 3700
Merrifield, VA 22119

Rodney Keith Nelson
4476 FM 3001
Jefferson, TX 75657

North East Texas Credit Union
1115 Lone Star Blvd
Terrell, TX 75160

One United Bank
3683 Crenshaw Blvd
Los Angeles, CA 90016

Peoplefund
2921 E 17th St
Austin, TX 78702

SouthStar Capital
900 Wando P)ark Blvd
Mount Pleasant, SC 29464

Southwest Recovery Service
17311 Dallas Pkwy Ste 23
Dallas, TX 75248

State Comptroller
Revenue Accounting Div Bankruptcy
PO Box 13528
Ecleto, TX 78111

Synerprise Consulting Services
2809 Regal Rd Ste 107
Dallas, TX 75373-0001

TBOM/Contfin
45500 New Linden Hill Rd
Wilmington, DE 19808

Texas Alcohol Beverage Commission
Licenses and Permits Division
PO Box 13127
Austin, TX 78711-3127

Texas Employment Commission
TEC Building - Bankruptcy
101 E. 15th Street
Austin, TX 78778

United States Attorney
110 North College Ave 700
Tyler, TX 75702-0204

United States Trustee's Office
110 North College Ave 300
Tyler, TX 75702-7231