IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| TOSHA YVETTE MOORE   xxx-xx-9306 § | Case No. 19-20140 |
|   xxx-xx-0000 § | Chapter 13 |
| 701 N CASS ST § | |
| JEFFERSON, TX 75657 § | |
| § | |

DEBTORS

**TRUSTEE'S STATEMENT PURSUANT TO 11 U.S.C. SECTION 1302(c)**

The Standing Chapter 13 Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. 1302(c):

1. The business examination consisted of the review of the following documentation after the 341 meeting of creditors:

| a | Statement of Affairs and Schedules | Yes |
|---|---|---|
| b | Tax returns for the years | 2018 |
| c | Evidence of insurance | n/a |
| | Liability | |
| | Property | |
| | Workers Compensation | |
| | Other | |
| d | Bank Statements | No |
| e | Business Licenses, Permits | n/a |
| f | Other | n/a |

2. The 341 meeting of creditors was held on

| 11/6/19 |
|---|

3. The Debtor's business is located at:

| 701 N Cass St., Jefferson, TX 75657 |
|---|

4. Nature of Debtor's business:

| a | Retail | |
|---|---|---|
| b | Service (specify) | Truck Driver |
| c | Other (specify) | |

5. Debtor's business is:

| a | Sole Proprietorship | |
|---|---|---|
| b | Corporation | |
| c | Partnership | |
| d | Other (specify) | LLC |

6. Debtor is:

| a | Owner | X |
|---|---|---|
| b | Partner | |
| c | Shareholder | |

| 7. Years of operation of Debtor's business | Just started |
|---|---|
| 8. Number of employees (excluding debtors) | None |
| 9. Statement of Financial Affairs Questions 1-15 complete? | Yes |
| 10. Additional information requested on Questions? | n/a |
| 11. Statement of Financial Affairs Questions 16-28 complete? | No |
| 12. Additional information requested on Questions? | #27 |

8. The following Schedules are complete:

| | Complete | Incomplete |
|---|---|---|
| Schedule A | X | |
| Schedule B | X | |
| Schedule C | X | |
| Schedule D | X | |
| Schedule E | X | |
| Schedule F | X | |
| Schedule G | X | |
| Schedule H | X | |
| Schedule I | | X |
| Schedule J | | X |
| Credit Counseling | X | |
| Profit Loss Statements | | X |
| Tax Returns | X | |

| 9. Have all required State, Local and Federal tax returns been filed | Yes |
|---|---|
| 10. Has all information requested by the Trustee been provided | No |
| 11. Missing documents to be provided within 14 days: | 6 mos. P&Ls along w/bank statements |
| 12. Additional documents requested at the 341 meeting | 2016 & 2017 tax returns |
| 13. Debtor's primary business assets consist of: | 12 Freightliner |
| 14. The total fair market value of the business as an ongoing concern is approximately: | Not disclosed |
| 15. The Debtor's average monthly gross receipts for the 6 months prior to filing was: | $8,961.48 |
| 16. The Debtor's projected monthly gross receipts per Schedule I are: | $7,902.79 |

DATED this, the 8th day of November, 2019.

Respectfully submitted,

Lloyd Kraus
CHAPTER 13 TRUSTEE


/s/ Lloyd Kraus
Lloyd Kraus, Chapter 13 Trustee SBN 24066773
110 N. College, Suite 1200
Tyler, TX  75702
(903) 593-7777; FAX (903) 597-1313

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Trustee Statement Pursuant to 11 U.S.C. Section 1302 (c) has been served upon the following parties in interest by mailing a copy of same to them via first class mail or electronically on 11/8/2019:

LEE LAW FIRM, PLLC
8701 BEDFORD EULESS RD., SUITE 510
HURST, TX 76053

TOSHA YVETTE MOORE
701 N CASS ST
JEFFERSON, TX 75657

ATTN: FREEDOM TRUCK FINANCE, LLC AIS PORTFOLIO SERVICES, LP
4515 N SANTA FE AVE. DEPT APS
OKLAHOMA CITY, OK 73118

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. STEMMONS FREEWAY, STE. 1000
DALLAS, TX 75207

CITY OF JEFFERSON
C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP
PO BOX 2007
TYLER, TX 75710

/s/ Lloyd Kraus
Lloyd Kraus