Form ntchrgcnfbk

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Plaza Tower  
110 N. College Avenue  
Ninth Floor  
Tyler, TX 75702

| In Re: | Tosha Yvette Moore<br>Debtor | Bankruptcy Proceeding No.: 19–20140<br>Chapter: 13<br>Judge: Bill Parker |
|---|---|---|

PLEASE TAKE NOTICE that a confirmation hearing will be held at

Plaza Tower, 110 N. College Avenue, Ninth Floor, Tyler, TX 75702

on 3/5/20 at 09:30 AM

to consider and act upon the following:

AMENDED CHAPTER 13 PLAN.

ANY OBJECTION TO CONFIRMATION MUST BE FILED NO LATER THAN SEVEN (7) DAYS PRIOR TO THE CONFIRMATION HEARING

Dated: 1/22/20

                                                            Jason K. McDonald  
                                                            Clerk, U.S. Bankruptcy Court

YOU ARE ADVISED that, in any hearing before this Court, corporations and partnerships must be represented by attorneys duly admitted to practice before this Court.