IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-20140 |
| | § | |
| TOSHA YVETTE MOORE | § | |
|    701 n Cass St | § | |
|    Jefferson, TX 75657 | § | |
|    (xxx xx 9306) | § | |
| | § | |
| DEBTOR | § | CHAPTER    13 |

### OBJECTION OF NORTH EAST TEXAS CREDIT UNION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

COMES NOW North East Texas Credit Union ("Creditor") and files this Objection to Confirmation of Debtor's Amended Chapter 13 Plan and in support would show the Court as follows:

Debtor's Plan should not be confirmed in that the value, as of the effective date of the plan, of property to be distributed to the Creditor is less than the allowed amount of the Creditor's claim, contrary to the requirements of 11 U.S.C. §1325(a)(5). The value of the property which secures Creditor's claim is greater than the allowed claim. Pursuant to 11 U.S.C. §506(b), Creditor is entitled to interest on its allowed claim and reasonable fees, costs and charges provided for under the loan documents. Debtor's Amended Plan fails to provide for interest to be paid on Creditor's allowed claim and makes no provision for the reasonable fees, costs and charges which Creditor has incurred and is entitled to recover from Debtor.

WHEREFORE, Creditor prays that the Court enter an order denying confirmation of Debtor's Amended Chapter 13 Plan and for such other and further relief as is just.

Respectfully Submitted,

MCNALLY & PATRICK L.L.P

By:   /s/ Glen Patrick
State Bar I.D. #15579500
ATTORNEYS FOR NORTH EAST TEXAS CREDIT UNION
100 E. Ferguson, Ste 400
Tyler, Texas  75702
Telephone No. 903/597-6301
Facsimile No. 903/597-6302

CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing was served either by electronic means or by regular first class mail on all parties listed below and if by regular mail, then by placing same in the care and custody of the United States Postal Service, postage prepaid, this 14th  day of February, 2020.

/s/ Glen Patrick

DEBTOR
Tosha Yvette Moore
701 N. Cass St.
Jefferson TX  75657

ATTORNEY FOR DEBTOR
Randy L. Tipton
8701 Bedford Euless Road, Ste 510
Hurst TX   76053

TRUSTEE:
Lloyd Kraus
Chapter 13 Trustee
110 North College Avenue, 12th Floor
Tyler, TX 75702