Christopher M. Lee
State Bar No. 24041319
Eric A. Maskell
State Bar No. 24041409
Karla M. Balli
State Bar No. 24035997
Randy Leigh Tipton
State Bar No. 24039860
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
817.265.0123 Phone
817.580.1123 Fax

ATTORNEY FOR DEBTOR(S)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| **Tosha Yvette Moore** | § | CASE NO. 19-20140-BP-13 |
| | § § | |
| **Debtor** | § § | CHAPTER 13 |

## DECLARATION OF DEBTORS UNDER PENALTY OF PERJURY REGARDING STATUS OF POST-PETITION OBLIGATIONS AS OF CHAPTER 13 PLAN CONFIRMATION HEARING

I, as the Debtor(s) in the above-referenced case, declare under penalty of perjury that as of the date of this declaration:

(1)   I __✓ have__ ____: proposed a plan under which certain claims shall be paid directly by me/us rather than through the Chapter 13 trustee. I acknowledge that this includes any claim secured only by a security interest in real property that is my principal residence and any other secured claim that I/we have proposed to pay directly (a "direct payment obligation" or "DPO").

(2)   Each DPO arising under my/our proposed plan are as follows:

| Recipient of DPO Payment: | Collateral: | Due Date of Monthly Payment: |
|---|---|---|
| Five Star Auto | 2008 Toyota 128000 | 1st of Month |
| Rodney Keith Nelson | Hwy 49, Jefferson, TX | 1st of Month |

(3)   __Tm__ I have paid every DPO that has become due and payable (including any grace period) from the date of the filing of my/our bankruptcy case to the date of this declaration;

(4)   __Tm__ I owe no domestic support obligation;

(5)     __TM__ I acknowledge that any false statement made herein may result in the imposition of sanctions including, but not limited to, the dismissal of this case with prejudice to my rights to re-file for bankruptcy relief for a stated period of time.

Date: __3·1·20__    Signature: _____ Debtor