Christopher M. Lee
State Bar No. 24041319
Eric A. Maskell
State Bar No. 24041409
Karla M. Balli
State Bar No. 24035997
Randy Leigh Tipton
State Bar No. 24039860
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
817.265.0123 Phone
817.580.1123 Fax

ATTORNEY FOR DEBTOR(S)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **TOSHA YVETTE MOORE** | § | **Case No. 19-20140-BP-13** |
| | § | **Chapter 13** |
| **Debtor(s)** | § | |
| | § | |

**NOTICE OF HEARING**

You are notified of the filing of the foregoing Confirmation Hearing. The hearing will be held at 9:30 am on May 28, 2020, at Plaza Tower, 110 N. College Avenue, Ninth Floor, Tyler, Texas 75702. Objections to confirmation and/or values of collateral must be filed in writing with the Court not later than seven (7) days prior to the confirmation hearing.

/s/ Randy Leigh Tipton
Christopher M. Lee
State Bar No. 24041319
Eric A. Maskell
State Bar No. 24041409
Karla M. Balli
State Bar No. 24035997

Randy Leigh Tipton
State Bar No. 24039860
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
817.265.0123 Phone
817.580.1123 Fax

ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 20, 2020, a true and correct copy of the foregoing was served on all parties in interest below and on the attached mailing matrix.

**DEBTOR(S):**
Tosha Yvette Moore
701 N. Cass St
Jefferson, TX 75657

**STANDING CHAPTER 13 TRUSTEE**:
Lloyd Kraus
Plaza Tower
110 N. College Ave, 12th Fl
Tyler, TX 75702

**U.S. TRUSTEE**
110 North College Avenue, Suite 300
Tyler, Texas 75702

**U.S. ATTORNEY**
110 North College Avenue, Suite 700
Tyler, Texas 75702

/s/ Randy Leigh Tipton
Randy Leigh Tipton
State Bar No.   24039860

ATTORNEY FOR DEBTOR(S)