**LLOYD KRAUS, CHAPTER 13 TRUSTEE**

Payee: Clerk of the Court

Check #.: **1193787**
Date: 08/18/2020

Please notify the Court & this office of any changes made after mailing fo your claim (ex: account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1920140 | 00027 | TOSHA YVETTE MOORE | | 0.00 | 1,188.24 | 0.00 | 1,188.24 |
| | | Original Check written to: | | | | | |
| | | NORTH EAST TEXAS CREDIT UNION | | | | | |
| | | 1115 LONE STAR BLVD | | | | | |
| | | TERRELL, TX,  75160 | | | | | |
| | | | TOTALS | 0.00 | 1,188.24 | 0.00 | 1,188.24 |